**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

OTHA REESE,

    Plaintiff,

v.                                                                    Case No: 8:14-cv-2464-T-30EAJ

SYNCHRONY BANK,

    Defendant.
_____

ORDER

The Court has been advised via a Notice of Pending Settlement (Dkt. #18) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of July, 2015.

                                                                      JAMES S. MOODY, JR.
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record